IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICKY A. CLAUFF,<br><br>      Plaintiff,<br><br>  vs.<br><br>CHRISTINA MARKVICKA, Jailer;<br>JOHN WESTMAN, Sheriff; KIM<br>CAMPBELL, Jail Administrator; and<br>JIM HELGOTH, Merrick Board of<br>Supervisors;<br><br>      Defendants. | **4:17CV3071**<br><br><br>**MEMORANDUM<br>AND ORDER** |

      This matter is before the court on Defendants' Motion for Extension of Time to file a responsive pleading. (Filing No. 4.) The motion will be granted. However, Defendants' responsive pleading will not be due until after the court conducts an initial review of Plaintiff's Complaint.

      IT IS THEREFORE ORDERED that: Defendants' Motion for Extension of Time to file a responsive pleading (Filing No. 4) is granted. Defendants shall file a responsive pleading within 14 days of the court's initial review order. The court will conduct initial review of Plaintiff's Complaint in its normal course of business.

      Dated this 16th day of June, 2017.

                      BY THE COURT:

                      s/ *Richard G. Kopf*
                      Senior United States District Judge